UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x

DOLORES HARTSHORN
individually and on behalf of all others similarly situated

Plaintiff,

Civil Action No: 2:24-cv-2077

-v.-
CONCORD SERVICING LLC
doing business as BLACKWELL RECOVERY

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendants in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 7, 2024

| For Plaintiff Dolores Hartshorn | For Defendant Concord Servicing LLC d/b/a Blackwell Recovery |
|---|---|
| /s/ Rami Salim <br> Rami Salim <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> rsalim@steinsakslegal.com | /s/ Christopher Albert Reese <br> Christopher Albert Reese <br> Stradley Ronon Stevens & Young, LLP <br> 457 Haddonfield Road suite 100 <br> Cherry Hill, NJ 08002 <br> Ph: (856) 321-2410 <br> creese@stradley.com |

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/26/24

1